IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

J. PATRICK DOHM,

    Plaintiff,

v.                                      No. CV 14-0898 KG/CEG

UNITED STATES OF AMERICA,

    Defendant.

## JUDGMENT

This matter having come before the Court on Plaintiff's Motion for Relief from a Judgment Pursuant to Federal Rules of Civil Procedure 60(b)(4) and (6), (d)(1) and (3) (the "60(b) motion") (Doc. 1) filed on October 2, 2014; and the Court having entered an order dismissing the motion,

IT IS THEREFORE ORDERED that JUDGMENT is hereby entered in favor of Defendant, and this proceeding is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE